UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA BARBARA DIVISION

| | | |
|---|---|---|
| In re: § | | |
| CALIFORNIA FLOWER COMPANY, LLC § | Case No. 9:16-bk-11833-DS | |
| § | | |
| Debtor(s) § | | |
| § | | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Jerry Namba, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $56,049.00 | Assets Exempt: NA |
| (Without deducting any secured claims) | |
| Total Distributions to Claimants: $11,497.79 | Claims Discharged |
| | Without Payment: NA |
| Total Expenses of Administration: $13,143.00 | |

    3) Total gross receipts of $30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $5,359.21 (see **Exhibit 2**), yielded net receipts of $24,640.79 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $13,119.50 | $13,143.00 | $13,143.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,101.01 | $1,101.01 | $1,101.01 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $67,428.00 | $10,237.51 | $10,237.51 | $10,396.78 |
| TOTAL DISBURSEMENTS | $67,428.00 | $24,458.02 | $24,481.52 | $24,640.79 |

4) This case was originally filed under chapter 7 on 09/30/2016. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   02/15/2019        By :   /s/ Jerry Namba
                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT WITH GUPTA/BOONNFRA A/R | 1249-000 | $30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| MANSFIELD LAW CORP | REPLACES # 51012 | 8200-002 | $5,359.21 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$5,359.21** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| | **TOTAL SECURED** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JERRY NAMBA, TRUSTEE | 2100-000 | NA | $3,214.08 | $3,214.08 | $3,214.08 |
| DONALD T FIFE | 3410-000 | NA | $2,478.00 | $2,478.00 | $2,478.00 |
| DONALD T FIFE | 3420-000 | NA | $340.50 | $340.50 | $340.50 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| REED H OLMSTEAD | 3210-000 | NA | $6,424.00 | $6,424.00 | $6,424.00 |
| REED H OLMSTEAD | 3220-000 | NA | $60.60 | $60.60 | $60.60 |
| JERRY NAMBA, TRUSTEE | 2200-000 | NA | $0.00 | $23.50 | $23.50 |
| Texas Capital Bank | 2600-000 | NA | $252.32 | $252.32 | $252.32 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $13,119.50 | $13,143.00 | $13,143.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001A | Employment Development | 5800-000 | NA | $1,101.01 | $1,101.01 | $1,101.01 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,101.01 | $1,101.01 | $1,101.01 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00003 | Green Valley Flowers Wholesale | 7100-000 | $7,784.00 | $7,955.78 | $7,955.78 | $7,955.78 |
| 00003 | Green Valley Flowers Wholesale | 7990-000 | $0.00 | NA | NA | $111.75 |
| 00002 | Ocean Breeze Farms | 7100-000 | $1,688.00 | $1,664.90 | $1,664.90 | $1,664.90 |
| 00002 | Ocean Breeze Farms | 7990-000 | $0.00 | NA | NA | $23.39 |
| 00001B | Employment Development | 7100-000 | NA | $616.83 | $616.83 | $616.83 |
| 00001B | Employment Development | 7990-000 | NA | NA | NA | $8.66 |
| 00001A | Employment Development | 7990-000 | NA | NA | NA | $15.47 |
| | A & M Flower Growers | | $16,449.00 | NA | NA | $0.00 |
| | Camflor Inc | | $243.00 | NA | NA | $0.00 |
| | Floral Coop | | $293.00 | NA | NA | $0.00 |
| | Florida Beauty Express | | $2,419.00 | NA | NA | $0.00 |
| | Holland America Flowers LLC | | $3,305.00 | NA | NA | $0.00 |
| | Maximum Nursery | | $253.00 | NA | NA | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mellano & Company | | $6,431.00 | NA | NA | $0.00 |
| | Progressive Floral Co. | | $1,639.00 | NA | NA | $0.00 |
| | Skyline Flowers Oxnard | | $26,924.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $67,428.00 | $10,237.51 | $10,237.51 | $10,396.78 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 16-11833  Judge: Deborah J. Saltzman  Trustee Name: Jerry Namba
Case Name: CALIFORNIA FLOWER COMPANY, LLC  Date Filed (f) or Converted (c): 09/30/2016 (f)
341(a) Meeting Date: 11/21/2016
For Period Ending: 02/15/2019  Claims Bar Date: 06/12/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Fulton Bank of New Jersey - Checking | 50.00 | 0.00 | | 0.00 | FA |
| 2. Accounts Receivable | 55,249.00 | 55,249.00 | | 0.00 | FA |
| 3. Office Furniture & Equipment | 750.00 | 0.00 | | 0.00 | FA |
| 4. SETTLEMENT WITH GUPTA/BOONNFRA A/R (u) | Unknown | 30,000.00 | | 30,000.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 56,049.00 | 85,249.00 | | 30,000.00 | 0.00 |

Re Prop. #2   Only collectible receivable was settled, asset # 4

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/6/18 GENERAL COUNSEL APPLICATION FOR FINAL FEES
11/5/18 ACCOUNTANT'S APPLICATION FOR FINAL FEES
10/4/18 NOTICE TO PROFESSIONALS AND REQUEST FOR COURT COSTS
7/5/18 2016 AND 2017 TAX RETURNS FILED.
7/2/18 ORDER APPROVING EMPLOYMENT OF ACCOUNTANT

PERIOD END 6/30/18: SETTLEMENT COLLECTION WAS COMPLETED ON 5/30/18.  ALL ASSETS ARE ADMINISTERED. TAX RETURNS TO BE FILED AND TFR TO BE SUBMITTED AFTER PROMPT DETERMINATION PERIOD.  EST TFR REMAINS OF 12/31/18 .

6/9/18 APPLICATION TO EMPLOY ACCOUNTANT
5/5/18 NOTICE OF DISMISSAL OF ADV 9:17-01079
3/30/18 ORDER APPROVING COMPROMISE
2/27/18 MOTION TO APPROVE COMPROMISE W/ GUPTA AND BOONINFRA (BLOOMKONNECT)
11/17/17 BLOOMKONNECT AGREED TO PAY ESTATE $30,000, $2,000 WEEKLY AFTER APPROVAL OF SETTLEMENT.
11/14/17 ORDER APPROVING EMPLOYMENT OF GENERAL COUNSEL
10/18/17 APPLICATION TO EMPLOY GENERAL COUNSEL
10/13/17 ORDER SCHEDULING CONF. COMPLAINT VS GUPTA
10/12/17 COMPLAINT VS GUPTA  DBA BLOOMKONNECT ADV. 9:17-AP-01079-PC FOR TURNOVER AND BREACH OF CONTRACT

Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 16-11833     Judge: Deborah J. Saltzman     Trustee Name: Jerry Namba
Case Name: CALIFORNIA FLOWER COMPANY, LLC     Date Filed (f) or Converted (c): 09/30/2016 (f)
           341(a) Meeting Date: 11/21/2016
For Period Ending: 02/15/2019     Claims Bar Date: 06/12/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

6/9/18 APPLICATION TO EMPLOY ACCOUNTANT
PERIOD END 6/30/17: THE ONLY ASSET OF VALUE IS THE ACCTS RECEIVABLES. THE TRUSTEE SENT DEMAND LETTERS BUT HAS NOT HAD RESPONSE FROM LARGEST RECEIVALBE. IF NO RESPONSE BY 7/30/17 TRUSTEE FILE COMPLAINT TO RECOVER FUNDS. TAX RETURNS TO BE FILED. INITIAL EST TFR 6/30/18
6/15/17 3RD DEMAND SENT FOR A/R
4/30/17 2ND DEMAND LETTERS SENT FOR A/R
3/9/17 NOTICE OF ASSET CASE
1/31/17 DEMAND LETTERS SENT FOR A/R

Initial Projected Date of Final Report(TFR) : 06/30/2018     Current Projected Date of Final Report(TFR) : 12/31/2018

Trustee's Signature     /s/Jerry Namba     Date: 02/15/2019
           Jerry Namba
           504 E. Chapel St.
           Santa Maria, CA 93454
           Phone : (805) 347-9848

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-11833 | | Trustee Name: | Jerry Namba |
| Case Name: | CALIFORNIA FLOWER COMPANY, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******6473 Checking Account |
| Taxpayer ID No: | **-***7660 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/15/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/27/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 2,000.00 |
| 02/27/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 4,000.00 |
| 02/27/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 6,000.00 |
| 03/01/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 8,000.00 |
| 03/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 7,985.00 |
| 04/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 7,970.00 |
| 04/11/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 9,970.00 |
| 04/11/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 11,970.00 |
| 04/11/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 13,970.00 |
| 04/11/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 15,970.00 |
| | | | | Page Subtotals | 16,000.00 | 30.00 | |

Case No: 16-11833  
Case Name: CALIFORNIA FLOWER COMPANY, LLC  
Taxpayer ID No: **-***7660  
For Period Ending: 2/15/2019  

Trustee Name: Jerry Namba  
Bank Name: Texas Capital Bank  
Account Number/CD#: ******6473 Checking Account  
Blanket bond (per case limit): 5,000,000.00  
Separate bond (if applicable): 0.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/11/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 17,970.00 |
| 04/30/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 19,970.00 |
| 04/30/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 21,970.00 |
| 05/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 20.64 | 21,949.36 |
| 05/11/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 23,949.36 |
| 05/11/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 25,949.36 |
| 05/30/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 27,949.36 |
| 05/30/2018 | [4] | BOONSTLE LLC | SETTLEMENT | 1249-000 | 2,000.00 | | 29,949.36 |
| 06/04/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 34.82 | 29,914.54 |
| | | | Page Subtotals | | 14,000.00 | 55.46 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-11833 | | Trustee Name: | Jerry Namba |
| Case Name: | CALIFORNIA FLOWER COMPANY, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******6473 Checking Account |
| Taxpayer ID No: | **-***7660 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/15/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.80 | 29,872.74 |
| 08/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.74 | 29,831.00 |
| 09/04/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.69 | 29,789.31 |
| 10/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.63 | 29,747.68 |
| 01/16/2019 | 51001 | JERRY NAMBA, TRUSTEE<br>504 E. CHAPEL ST<br>SANTA MARIA , CA 93454 | Trustee's Compensation | 2100-000 | | 3,214.08 | 26,533.60 |
| 01/16/2019 | 51002 | JERRY NAMBA, TRUSTEE<br>504 E. CHAPEL ST<br>SANTA MARIA , CA 93454 | Trustee Expenses | 2200-000 | | 23.50 | 26,510.10 |
| | | | | Page Subtotals | 0.00 | 3,404.44 | |

UST Form 101-7-TDR (10/1/2010) (Page 10)                                                                                                            **Exhibit 9**

**FORM 3**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 16-11833 | Trustee Name: Jerry Namba |
| Case Name: | CALIFORNIA FLOWER COMPANY, LLC | Bank Name: Texas Capital Bank |
| | | Account Number/CD#: ******6473 Checking Account |
| Taxpayer ID No: | **-***7660 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: | 2/15/2019 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/16/2019 | 51003 | UNITED STATES BANKRUPTCY COURT<br>1415 STATE STREET<br>SANTA BARBARA, CA 93101 | | 2700-000 | | 350.00 | 26,160.10 |
| 01/16/2019 | 51004 | REED H OLMSTEAD<br>LAW OFFICE OF REED H OLMSTEAD<br>5266 HOLLISTER AVE<br>SUITE 224<br>SANTA BARBARA , CA 93111 | | 3210-000 | | 6,424.00 | 19,736.10 |
| 01/16/2019 | 51005 | REED H OLMSTEAD<br>LAW OFFICE OF REED H OLMSTEAD<br>5266 HOLLISTER AVE<br>SUITE 224<br>SANTA BARBARA , CA 93111 | | 3220-000 | | 60.60 | 19,675.50 |
| 01/16/2019 | 51006 | DONALD T FIFE<br>HAHN FIFE & CO<br>790 E COLORADO BL, 9TH FL<br>PASADENA , CA 91101 | | 3410-000 | | 2,478.00 | 17,197.50 |
| 01/16/2019 | 51007 | DONALD T FIFE<br>HAHN FIFE & CO<br>790 E COLORADO BL, 9TH FL<br>PASADENA , CA 91101 | | 3420-000 | | 340.50 | 16,857.00 |
| | | | | Page Subtotals | 0.00 | 9,653.10 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 5

| Case No: | 16-11833 | Trustee Name: | Jerry Namba |
| --- | --- | --- | --- |
| Case Name: | CALIFORNIA FLOWER COMPANY, LLC | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******6473 Checking Account |
| Taxpayer ID No: | **-***7660 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/15/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/16/2019 | 51008 | Employment Development Department<br>Bankruptcy Group MIC<br>PO Box 92E<br>Sacramento, CA 95812 | Disb of 101.41% to Claim #00001A | | | 1,116.48 | 15,740.52 |
| | | | (1,101.01) | 5800-000 | | | |
| | | | (15.47) | 7990-000 | | | |
| 01/16/2019 | 51009 | Employment Development Department<br>Bankruptcy Group MIC<br>PO Box 92E<br>Sacramento, CA 95812 | Disb of 101.40% to Claim #00001B | | | 625.49 | 15,115.03 |
| | | | (616.83) | 7100-000 | | | |
| | | | (8.66) | 7990-000 | | | |
| 01/16/2019 | 51010 | Ocean Breeze Farms<br>3910 Via Real<br>Carpinteria, CA 93013 | Disb of 101.40% to Claim #00002 | | | 1,688.29 | 13,426.74 |
| | | | (1,664.90) | 7100-000 | | | |
| | | | (23.39) | 7990-000 | | | |
| 01/16/2019 | 51011 | Green Valley Flowers Wholesale<br>PO Box 625<br>San Marcos, CA 92079 | Disb of 101.40% to Claim #00003 | | | 8,067.53 | 5,359.21 |
| | | | (7,955.78) | 7100-000 | | | |

Page Subtotals    0.00    11,497.79

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-11833 | | Trustee Name: | Jerry Namba |
| Case Name: | CALIFORNIA FLOWER COMPANY, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******6473 Checking Account |
| Taxpayer ID No: | **-***7660 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/15/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) / Disbursements($) | Account/ CD Balance($) |
| | | | (111.75) | 7990-000 | | |
| *01/16/2019 | 51012 | CALIFORNIA FLOWER COMPANY, LLC<br>922 DEVEREUX DR<br>OJAI, CA 93023 | Disb of 100.00% to Claim #9999 Debtor Refund | 8200-003 | 5,359.21 | 0.00 |
| *02/06/2019 | | CALIFORNIA FLOWER COMPANY, LLC<br>922 DEVEREUX DR<br>OJAI, CA 93023 | Disb of 100.00% to Claim #9999 Debtor Refund | 8200-003 | (5,359.21) | 5,359.21 |
| 02/06/2019 | 51013 | MANSFIELD LAW CORP<br>FOR CALIFORNIA FLOWER, LLC<br>2775 N VENTURA RD<br>VENTURA, CA 93036 | EXCESS FUNDS BACK TO DEBTOR | 8200-002 | 5,359.21 | 0.00 |

|  |  |  |
|---|---:|---:|
| Page Subtotals | 0.00 | 13,426.74 |
| **COLUMN TOTALS** | 30,000.00 | 30,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 30,000.00 | 30,000.00 |
| Less: Payments to Debtors | | 5,359.21 |
| **Net** | 30,000.00 | 24,640.79 |

| | | |
|---|---:|---:|
| All Accounts Gross Receipts: | 30,000.00 | |
| All Accounts Gross Disbursements: | 30,000.00 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| ******6473 Checking Account | 30,000.00 | 35,359.21 | |

UST Form 101-7-TDR (10/1/2010) (Page 13)                                                                                    Exhibit 9

**FORM 3**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-11833 | Trustee Name: | Jerry Namba |
| Case Name: | CALIFORNIA FLOWER COMPANY, LLC | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******6473 Checking Account |
| Taxpayer ID No: | **-***7660 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/15/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **Net Totals** | | 30,000.00 | 35,359.21 | 0.00 |